IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTIN DAWSON,

                Plaintiff,                              ORDER

    v.

                                                      14-cv-790-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

---

        The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

        On remand, an Administrative Law Judge (ALJ) will offer plaintiff the opportunity to submit additional evidence and arguments, and to appear at a hearing. The ALJ will: (1) reevaluate the entire record, including all medical opinions of record; (2) reevaluate the credibility of plaintiff's statements regarding the nature and limiting effects of all of plaintiff's alleged impairments; (3) proceed through the sequential evaluation process as needed to issue a decision; (4) evaluate whether plaintiff's combined impairments meet or equal the listings; and (5) if the sequential evaluation reaches step four, the ALJ will reevaluate plaintiff's residual functional capacity, and, if necessary, obtain supplemental vocational expert testimony regarding whether there are other jobs that plaintiff can perform with his residual functional capacity. The ALJ shall issue a de novo decision consistent with all applicable rules and regulations.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further action as outlined above.

June 8, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge